# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| William A. Rankin, | |
| Plaintiff, | Case No. 23-12183 |
| v. | Judith E. Levy<br>United States District Judge |
| Brian Lavan and Associates, PC, *et al.*, | Mag. Judge Anthony P. Patti |
| Defendants. | |
| _____/ | |

## ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES [18] AND DENYING AS MOOT PLAINTIFF'S MOTION [19]

On August 25, 2023, Plaintiff William Rankin filed an application to proceed *in forma pauperis*, which is a request to proceed without prepaying the fees and costs for this litigation. (ECF No. 2). The Court dismissed the case on October 24, 2023. (ECF No. 17.) Plaintiff resubmitted an application to proceed *in forma pauperis* on February 1, 2024. (ECF No. 18.) Plaintiff also filed a "Motion to Proceed in U.S. District Court in Forma Pauperis" on February 5, 2024. (ECF No. 19, PageID.166.)

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). Plaintiff's application indicates that he and his spouse together have a total monthly income of $3,425, have $3,450 in monthly expenses, and have less than $400 in a checking or savings account. (ECF No. 18, PageID.159–163.) Given Plaintiff's lack of financial resources, the Court finds that Plaintiff satisfies the requirements under 28 U.S.C. § 1915(a)(1), and his application to proceed without prepayment of fees (ECF No. 18) is granted. Plaintiff's motion to proceed *in forma pauperis* is denied as moot. (ECF No. 19.) Additionally, the Court notes that this case is closed.

    IT IS SO ORDERED.

Dated: February 14, 2024      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 14, 2024.

                                          s/William Barkholz
                                          WILLIAM BARKHOLZ
                                          Case Manager